*April 7, 1931.*

FINDER (ERNEST), Respondent, vs. BECKLEY, Appellant.
FINDER (AUGUSTA), Respondent, vs. BECKLEY, Appellant.
BECKLEY, Respondent, vs. BECKLEY, Appellant.

For the appellant: *Hughes & Anderson* of Superior.
For the respondents: *Curran & Sher* of Superior.

*By the Court.*—Judgment affirmed in each case. Only one bill of costs allowed.

SHOWSKEY, by guardian *ad litem*, Respondent, vs. COHODAS and others, Appellants.

For the appellants: *Bitker, Tierney & Puchner* of Milwaukee, attorneys, and *Ed. Duquaine* of Green Bay of counsel.

For the respondent: *Kittell, Jaseph, Young & Everson* of Green Bay.

*By the Court.*—Judgment affirmed.

GILBERT, Respondent, vs. POPP, Appellant.

For the appellant: *Stephens, Sletteland & Sutherland* of Madison.

For the respondent: *R. R. Williams* of Marshfield, attorney, and *Brown, Pradt & Genrich* of Wausau of counsel.

*By the Court.*—Judgment affirmed.